**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 14-7729**

———————————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

MARION SHAWN ANDERSON,

              Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Leonie M. Brinkema, District Judge.  (1:11-cr-00231-LMB-1)

———————————

Submitted:  February 12, 2015       Decided:  February 19, 2015

———————————

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marion Shawn Anderson, Appellant Pro Se.   Elizabeth Nash Eriksen, OFFICE OF THE UNITED STATES ATTORNEY, Karen Ledbetter Taylor, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marion Shawn Anderson appeals the district court's order denying his motion to unseal certain records. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Anderson</u>, No. 1:11-cr-00231-LMB-1 (E.D. Va. Nov. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>